# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| JESSICA BROOKE RUSSELL, individually and on behalf of others similarly situated, | )<br>)<br>) |
| *Plaintiff*, | )  Case No. 3:18-cv-463<br>)<br>)  Judge Atchley |
| v. | )<br>)  Magistrate Judge Guyton |
| GRUBB & ASSOCIATES, INC., and JOSEPH GRUBB | )<br>)<br>) |
| *Defendants*. | ) |

## ORDER

On May 22, 2020, the trial in this matter was continued. [Doc. 184]. Since that time no additional documents have been filed. Parties are therefore **ORDERED** to participate in a telephonic-status conference on **January 26, 2021 at 2:00 P.M. EST** to discuss developments in the case and when it should be set for trial. Call-in information will be circulated via email to the parties.

**SO ORDERED.**

/s/ *Charles E. Atchley Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**