# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| JESSICA BROOKE RUSSELL, individually and on behalf of others similarly situated, | ) ) ) |
| *Plaintiffs*, | ) ) Case No. 3:18-cv-463 |
| v. | ) District Judge Atchley ) ) Magistrate Judge Guyton |
| GRUBB & ASSOCIATES, INC., and JOSEPH GRUBB | ) ) ) |
| *Defendants*. | ) ) |

## ORDER

On January 26, 2021, this Court held a scheduling conference where the parties informed the Court that they needed more time to decide when this case could go forward. The parties indicated that they needed additional time to discuss settlement, conduct depositions,[1] and prepare for a possible trial. The Court entered the scheduling conference with the intent of scheduling a trial for early spring 2021, however this case is clearly not ready for trial. The parties are therefore **ORDERED** to participate in an additional telephonic-status conference on **February 12, 2021 at 10 A.M. EST**.

---

[1] According to the Court's review of the docket, the discovery deadline has passed. Judge Reeves's Scheduling Order [Doc. 125 at 3] stated that "[a]ll discovery, including the taking of depositions for evidence, shall be completed ninety (90) days before trial." Parties moved for an extension of the trial date on May 8, 2020, 22 days before trial was scheduled. The discovery deadline expired on February 26, 2020.

In the Court's view, that deadline was unaffected by the Order continuing this case. [Doc. 184]. The Order gave an extension of the pretrial order, motion in limine, and trial brief deadlines. [*Id.*] The parties did not request—and the Court did not grant—an extension of the discovery deadline.

The parties **SHALL BE** prepared to discuss the possibility of settlement and the current status of this case, including the need for additional discovery. Also, the parties **SHALL BE** prepared to set a firm trial date, as well as firm deadlines for the agreed pretrial order, motions in limine, and trial brief.

**SO ORDERED.**

*/s/ Charles E. Atchley Jr.*           
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**