UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JESSICA BROOKE RUSSELL, individually and on behalf of others similarly situated, *Plaintiffs*, v. GRUBB & ASSOCIATES, INC. and JOSEPH GRUBB, *Defendants*. | ) ) ) ) ) No. 3:18-cv-463 ) ) Judge Atchley ) ) Magistrate Judge Guyton ) ) ) |

## JUDGMENT ORDER

For the reasons set forth in the accompanying memorandum and order, this action is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close the case.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT:
/s/ *LeAnna R. Wilson*
LEANNA R. WILSON
CLERK OF COURT